PAMELA E. COGAN (SBN 105089)
HANA A. HARDY (SNB 252871)
ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street, Suite 500
Redwood City, CA  94063-2052
Telephone:      (650) 364-8200
Facsimile:       (650) 780-1701
Email:            pcogan@rmkb.com

Attorneys for Defendant
LIBERTY LIFE ASSURANCE COMPANY OF BOSTON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TINA BATES,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>LIBERTY LIFE ASSURANCE COMPANY OF BOSTON,<br><br>　　　　　Defendant. | CASE NO.  c11-05351<br><br>**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL** |

　　　　IT IS HEREBY STIPULATED by and between plaintiff TINA BATES and defendant LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, by and through their attorneys of record, that the above-captioned action shall be, and hereby is, dismissed with prejudice in its entirety as to Defendant.  Each party shall bear its own fees and costs.

　　　　Pursuant to General Order No. 45, Section X., concurrence in the filing of the document has been obtained from P. Randall Noah which shall serve in lieu of his signature on the document.

RC1/6332557.1/RL1

| | |
|---|---|
| Dated: February 16, 2012 | LAW OFFICES OF P. RANDALL NOAH |
| | By: /s/ *P. Randall Noah* <br>    P. RANDALL NOAH <br>    Attorneys for Plaintiff <br>    TINA BATES |
| Dated: February 16, 2012 | ROPERS, MAJESKI, KOHN & BENTLEY |
| | By: */s/ Pamela E. Cogan* <br>    PAMELA E. COGAN <br>    Attorneys for Defendant <br>    LIBERTY LIFE ASSURANCE <br>    COMPANY OF BOSTON |

**ORDER**

IT IS HEREBY ORDERED that this action is dismissed with prejudice in its entirety as to Defendant.   Each party shall bear its own fees and costs.

Dated: ~~February~~ March 12, 2012

By: _____
   The Honorable Laurel Beeler
   United States Magistrate Judge